THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   V.<br><br>MARK A. KING,<br><br>   Defendant. | No. CR13-00332RAJ<br><br>ORDER TO SEAL |

THIS MATTER HAVING COME before the undersigned Judge upon application of the defendant, Mark A. King, for an order to seal the Defendant's Sentencing Memorandum, the court having considered the records and files herein, and finding good cause,

IT IS HEREBY ORDERED that the Defendant's Motion to Seal (Dkt. #72) is GRANTED.  Defendant's Sentencing Memorandum filed under Dkt. #73 shall be and remain sealed until further order of this court.

DATED this 24th day of July, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

LAW OFFFICES OF JOHN HENRY BROWNE PS
108 SOUTH WASHINGTON STREET, SUITE 200
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780